O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYNA PAZ, | ) | Case No. CV 10-03652 DDP (Ex) |
| Plaintiff, | ) | **Order Granting Defendant's Motion to Dismiss** (Dkt. No. 7.) |
| v. | ) | [Motion filed on August 24, 2010] |
| U.S. BANK NATIONAL ASSOCIATIONS, | ) | |
| Defendant. | ) | |

    Defendants U.S. Bank National Associations filed a motion to dismiss Plaintiff's complaint on August 24, 2010, that was scheduled for a hearing for October 18, 2010. Because Plaintiffs have not filed an opposition, the Court GRANTS the motion.

    Plaintiff's complaint arises from a claim to quiet title to the property located at 236 E. 102 N.E. Street, Los Angeles, California. Plaintiff filed suit against Defendants alleging that Defendants violated the Truth In Lending Act.

    Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition by no later than twenty-one days before the hearing. C.D. Cal. Local R. 7-9. Failure to file an

1 opposition within the deadline may be deemed consent to granting
2 the motion. C.D. Cal. Local R. 7-12. Therefore, Plaintiff's
3 opposition to Defendants' motion was due by September 27, 2010. As
4 of the date of this Order, Plaintiff has not filed an opposition,
5 or any other filing that could be construed as a request to move
6 the hearing date.
7     The Court construes Plaintiff's failure to oppose the motion
8 as consent to granting the motion. Therefore, Defendants' motion
9 to dismiss is granted and the complaint is dismissed with
10 prejudice.
11
12
13 IT IS SO ORDERED.
14
15
16 Dated: October 6, 2010
17                                  DEAN D. PREGERSON
                                 United States District Judge
18
19
20
21
22
23
24
25
26
27
28

2